Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEADSTART WARRANTY GROUP LLC, a Nevada Limited Liability Company, and LINE 5, LLC DBA TEXAS LINE 5, LLC, a Florida Limited Liability Company,<br><br>Defendants. | Civil Action No.: 3:25-cv-00106-LS<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff ERIK SALAIZ, by and through his attorney, to respectfully notify this Honorable Court that this entire case has settled on an individual basis and without prejudice as to any putative class. Plaintiff requests that the Court vacate all pending dates and deadlines. Plaintiff requests the Court allow thirty (30) days for the Parties to file a notice of dismissal. Plaintiff requests this Court retain jurisdiction over this matter until fully resolved.

Dated: July 1, 2025                     Respectfully submitted,

                                        By: /s/ Mark L. Javitch
                                        Mark L. Javitch (California SBN 323729)
                                        JAVITCH LAW OFFICE
                                        3 East 3rd Ave. Ste. 200
                                        San Mateo CA 94401

Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Filed electronically with the United States District Court for the Western District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Western District of Texas
- All counsel of record as recorded on the electronic service list.

Date: July 1, 2025                          By: /s/ Mark L. Javitch
                                                 Mark L. Javitch