# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ, individually, and on behalf of all others similarly situated,** § § § § *Plaintiff*, § § **v.** § § **HEADSTART WARRANTY GROUP LLC, a Nevada Limited Liability Company; and LINE 5, LLC, a Florida Limited Liability Company,** § § § § § § *Defendants*. § | No. 3:25-CV-00106-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 22, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**